November 27, 2024

**Via ECF**

Mark J. Langer
Clerk of the Court
United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave., NW
Washington, DC 20001

    Re:  *Healthy Gulf, et al v. FERC*, No. 23-1226
           Rule 28(j) Supplemental Authority
           <u>Oral Argument Held September 10, 2024</u>

Dear Mr. Langer:

Petitioners herein respond to Intervenors Driftwood LNG, LLC et al.'s November 14, 2024 28(j) letter re *Marin Audubon v. FAA,* 2024 WL 4745044 (Nov. 12, 2024).

Intervenors claim that *Marin Audubon* mandates that "CEQ regulations cannot provide a basis for overturning FERC's approval" of Lines 200-300, thus eliminating Petitioners' claim that FERC illegally "segmented" its NEPA review by not considering the Driftwood Terminal's impacts in the Lines 200-300 Environmental Impact Statement.

Intervenors are wrong. First, in adopting its own NEPA regulations FERC stated, "[s]ince the Commission is voluntarily complying with CEQ regulations, there is no need to address" the question "whether those regulations are binding on the Commission as a matter of law." 52 Fed. Reg. 47898. Thus 18 C.F.R. 380.1 states FERC "will comply with" CEQ's regulations, and *Marin Audubon* expressly avoided the issue of other agencies adopting or incorporating CEQ's regulations. 2024 WL 4745044 at *9.

1

Indeed, FERC still considers itself bound by CEQ's regulations, as evidenced by three Commission orders issued on November 21, 2024: *Natural Gas Pipeline Company of America LLC*, 189 FERC ¶ 61,131, P 34 n.57, citing its regulation requiring compliance with CEQ's regulations, and acknowledging *Marin Audubon* but noting it did not decide whether other agencies "could permissibly adopt CEQ's regulations or incorporate them by reference"; *Rover Pipeline LLC* , 189 FERC ¶ 61,132, P 19 (same); *Elba Liquefaction Company, L.L.C.*, 189 FERC ¶ 61,133, P 15 (same).

Second, segmentation violates NEPA itself. Years before CEQ's first regulations in 1978, courts held that agency attempts to segment projects into smaller pieces to avoid or minimize review violated NEPA, *e.g., Indian Lookout Alliance v. Volpe,* 345 F.Supp. 1167, 1170 (S.D. Iowa 1972) (rejecting "divid[ing] a project into different components to secure location or design approval and thereby limit the required E.I.S. to a corresponding segment"); *Named Individuals v. Texas Highway Department,* 446 F.2d 1013, 1024 (5th Cir. 1971) (rejecting argument "that the division of the Project into segments was permissible"); *Thompson v. Fugate,* 347 F.Supp. 120, 124 (E.D. Va. 1972); *Sierra Club v. Volpe,* 351 F.Supp. 1002, 1008 (N.D. Ca 1972).

                          Respectfully submitted,

                          /s/ David Bookbinder
                          Law Offices of David Bookbinder
                          107 S. West St., Suite 491
                          Alexandria, VA 22314
                          (301) 751-0611
                          david.bookbinder@verizon.net

                          *Attorney for Healthy Gulf and Sierra Club*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure, I certify that the foregoing letter complies with:

1. the word limitations of Federal Rule of Appellate Procedure 28(j) and this Circuit's local rules, setting a limit of 350 words for Supplemental Authority Letters, because this letter contains 350 words; and

2. the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point) using Microsoft Word (the same program used to calculate the word count).

*/s/David Bookbinder*
Law Offices of David Bookbinder
107 S. West Street, Suite 491
Alexandria, VA 22314
301-751-0611
david.bookbinder@verizon.net

*Attorney for Healthy Gulf and Sierra Club*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 27, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system.

*/s/David Bookbinder*
Law Offices of David Bookbinder
107 S. West Street, Suite 491
Alexandria, VA 22314
301-751-0611
david.bookbinder@verizon.net

*Attorney for Healthy Gulf and Sierra Club*